# KLUGER, PERETZ, KAPLAN & BERLIN P.L. 

Reply to
ROBERT P. CHARBONNEAU
DIRECT DIAL: 305.341.3037
rcharbonneau@kpkb.com

June 29, 2005

**Via FedEx Overnight Delivery**
**Tracking # 7922 8722 1620**

Mr. Dan Fair, Liquidating Trustee
44 Mystery Rose Lane
West Grove, PA 19390

   Re:  PSN USA, Inc. - Creditors Committee
       Our File No. 4235.0002

Dear Mr. Fair:

  Under cover of this letter, I am forwarding to you our firm's invoice for the period covering September 1, 2004 through April 29, 2005. I am uncertain why this particular matter has remained unbilled for such a long period, and I do apologize for any inconvenience this may have caused you.

  Should you have any questions regarding the enclosed, please do not hesitate to contact me directly.

                Sincerely,

                Robert P. Charbonneau
                For the firm

Enclosure
cc: Howard J. Berlin, Esquire (w/o enc.)
   Karen T. Marriott, Esquire (w/o enc.)
   Michael S. Perse (w/o enc.)

FAIR
EXHIBIT NO. 12
M/M 4/22/06

{W:\Bankrupt\4325\0002/M0234603 v.1; 5/20/2005 12:11 PM}

KLUGER, PERETZ, KAPLAN & BERLIN, P.L. • 201 SO. BISCAYNE BLVD., SUITE 1700 • MIAMI, FLORIDA 33131 • TEL: 305.379.9000 • FAX: 305.379.3428